AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JUDGE OETKEN

LisaMarie Guttilla
_Plaintiff_

v.

City of New York ET.AL.
_Defendant_

Civil Action No. 14 CV 0156

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LisaMarie Guttilla
6801 Bay Parkway 9B
Bklyn NY 11204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: JAN 1 0 2014

_Signature of Clerk or Deputy Clerk_

# AFFIDAVIT OF SERVICE
## 14 cv 0156 SDNY

*Lisa Marie Gutilla vs City of New York, Dennnis Walcott*, et. al.

This is to certify that I, Posr A. Posr, separately served a summons and complaint on each defendant as follows:

**On 2014 Jan 13 -** [a] The City of New York and Dennis Walcott was served by my handing said papers to Betty Mazyack of the Law Department of the City of New York, at 10:03 a.m., at the Park Place side entrance of 100 Church St., New York, N.Y.

[b] David B. Harman was served by my handing said papers to Sylvia Buono, Mr. Harman's assistant who said she was authorized to accept legal service for Mr. Harman at 11:17 a.m. at the double white columned building located at 9216 Seventh Avenue, Brooklyn, New York, 11228,

[c] Jodi Cohen was served by my handing said papers to Donna Rotondi, Ms. Cohen's secretary who said she was authorized to accept legal service for Ms. Cohen at 3787 Bedford Avenue, Brooklyn, New York, 11229 at 12:08 p.m.

[d] Joseph Gogliormella, approx 6' 3", was served by handing of a set of said papers to Mr. Gogliormella inside the garage located at One Winfield Drive, Manalapan, New Jersey, 07726 at

---

**On 2014 Jan 14-** Theresa Europe was served by my handing said papers to Betty Mazyack of the Law Department of the City of New York, at 3:43 p.m.., at the Park Place side entrance of 100 Church St., New York, N.Y.

---

**On 2014 Jan 22-** [a] Claude Hersh and Steven Friedman were served by a combination of my handing a separate sets of said papers in manilla envelopes, marked "Personal, legal,

Confidential", to Denti, UFT receptionist at 11:40 a.m. on the 9th Floor of 52 Broadway, New York, N.Y., 10007, and then by mailing, on 2014 Jan 22, said papers to Hersh and Friedman at said UFT workplace address by certified receipt number 7013 1710 0002 1424 4825 for Friedman and by certified receipt number 7013 1710 0002 1424 4832 for Hersh pursant to CPLR 308(2).

[b] Michael Mulgrew was served by my handing a set of said papers to Renee Harris, an Administrative Assistant who said she was authorized by Michael Mulgrew to accept, on the 14th floor of said UFT address at 11:30 a.m.

Posr A. Posr
703 N. Orange St., "204
Wilmington, De
19801
646 359 5663

dated: 2014 Jan 28